```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04904
   THOMAS PRAWITT
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0725


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/01/08 .

     2.  The case was dismissed without confirmation, 08/15/2008.

     3.  The Debtor paid a total of $      706.32 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
US BANK                   CURRENT MORTG        .00            .00            .00
FIA CARD SERVICES         UNSECURED       NOT FILED           .00            .00
FIA CARD SERVICES         UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CITICARDS PRIVATE LABEL   UNSECURED       NOT FILED           .00            .00
DISCOVER BANK             UNSECURED       NOT FILED           .00            .00
FIFTH THIRD BANK          UNSECURED       NOT FILED           .00            .00
ML MEDICAL BILLING        UNSECURED       NOT FILED           .00            .00
NATIONWIDE CREDIT INC     UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED           .00            .00
SAMS CLUB                 UNSECURED       NOT FILED           .00            .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED           .00            .00
JAY M REESE               REIMBURSEMENT      274.00           .00         274.00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00      274.00          .00         .00        274.00
PRINCIPAL PAID          .00      274.00          .00         .00        274.00
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID              .00      274.00          .00         .00        274.00
The Debtor's attorney, JAY M REESE                , was allowed $   2200.00
and was paid $       391.35 .

The Trustee received $       40.97 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                          /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```